**Ollie FAISON, Petitioner,**

v.

**DEPARTMENT OF DEFENSE,**
**Respondent.**

No. 2008–3224.

United States Court of Appeals,
Federal Circuit.

June 19, 2008.

* Honorable Lee Yeakel, District Judge, United States District Court for the Western District

**ORDER**

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.